# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AGUILAR, et al.<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL PRODUCTION WORKERS UNION SEVERANCE TRUST PLAN; JOSEPH VINCENT SENESE, ROSIE GIBSON, JOSE DIAZ, JAMES MALLOY, SCOTT GORE, and/or their successors, INDIVIDUALLY AND IN THEIR CAPACITIES AS THE BOARD OF TRUSTEES OF THE NATIONAL PRODUCTION WORKERS UNION SEVERANCE TRUST PLAN; and JAMES MELTREGER, and/or his successor, INDIVIDUALLY AND IN HIS CAPACITY AS PLAN MANAGER OF THE NATIONAL PRODUCTION WORKERS UNION SEVERANCE TRUST PLAN,<br><br>    Defendants. | Case No.: 2:18-cv-03057-TJH-KSx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT [JS-6]** |

The Court, having read and considered the parties' Stipulation to Dismiss Action and Retain Jurisdiction to Enforce Settlement Agreement, and good cause appearing, it is HEREBY ORDERED THAT:

1. All claims in this action are dismissed with prejudice and all parties will bear their own attorneys' fees and costs;
2. The Court will retain jurisdiction to enforce the Parties' settlement agreement in this action until March 31, 2022.

IT IS SO ORDERED.

Dated: OCTOBER 15, 2021     By: _____
                                Hon. Terry J. Hatter, Jr.
                                U.S District Judge

1

ORDER GRANTING STIPULATION TO DISMISS ACTION AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT